1    GINA HAGGERTY LINDELL  (SBN:  217258)
     glindell@grsm.com
2    GEORGE P. SOARES (SBN:  213996)
     gsoares@grsm.com
3    KARA A. RITTER (SBN: 306515)
     kritter@grsm.com
4    GORDON REES SCULLY MANSUKHANI, LLP
     633 West Fifth Street, 52nd Floor
5    Los Angeles, CA 90071
     Telephone:  (213) 576-5064
6    Facsimile:  (213) 680-4470

7    Attorneys for Defendant
     RAYMOND CHOW
8

9              UNITED STATES DISTRICT COURT FOR THE

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12   C&H TRAVEL & TOURS, INC.          )   CASE NO.
                                       )
13                    Plaintiff,       )
                                       )   **NOTICE OF REMOVAL OF**
14        vs.                          )   **ACTION UNDER 18 U.S.C. § 1836**
                                       )   **(FEDERAL DEFEND TRADE**
15   RAYMOND CHOW; and DOES 1          )   **SECRETS ACT) AND 28 U.S.C.**
     through 20, inclusive,            )   **1367(a) (SUPPLEMENTAL**
16                                     )   **JURISDICTION)**
                      Defendants.      )
17                                     )
                                       )
18                                     )   (Originally Filed in Los Angeles
                                       )   Superior Court, Case No: BC709154)
19                                     )

20

21        **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

22        PLEASE TAKE NOTICE that Defendant RAYMOND CHOW hereby

23   removes this action from the Superior Court of the State of California, County of

24   Los Angeles, to the United States District Court for the Central District of

25   California pursuant to 28 U.S.C. sections 1331, 1367(a), 1441, and 1446.  More

26   specifically, plaintiff C&H TRAVEL & TOURS, INC. alleges a claim arising

27   under 18 U.S.C. § 1836, a federal statute and law of the United States, over which

28   the district court has original jurisdiction.  18 U.S.C. § 1836(c).  Plaintiff's

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-1-

1  remaining causes of action "are so related to claims in the action within such

2  original jurisdiction that they form part of the same case or controversy."  28

3  U.S.C. § 1367(a).

4       In support of its Notice of Removal, Defendant states as follows:

5                    **STATEMENT OF JURISDICTION**

6       1.    This action is a civil action over which this Court has original

7  jurisdiction under 28 U.S.C. section 1331 and 18 U.S.C. section 1836(c), federal

8  question jurisdiction, and is one that may be properly removed to this Court by

9  RAYMOND CHOW pursuant to the provisions of 28 U.S.C. sections 1441 and

10  1446.

11                         **BASIS FOR REMOVAL**

12      2.    Plaintiff C&H TRAVEL AND TOURS, INC. ("Plaintiff")

13  commenced this action on June 8, 2018 by filing a complaint (the "Complaint") in

14  the Superior Court of California, County of Los Angeles.  The Complaint asserts

15  causes of action for trade secret misappropriate and related claims, as follows:  (1)

16  Violation of Defend Trade Secrets Act [18 U.S.C. 1836]; (2) Violation of

17  California Uniform Trade Secret Act; (3) Unauthorized Access to Computers,

18  Computer Systems and Computer Data [Cal. Pen. Code § 502]; (4) Breach of

19  Fiduciary Duty; (5) Trade Libel; and (6) Violation of California Business and

20  Professions Code § 17200.  A true and correct copy of the Summons and

21  Complaint are attached to the accompanying Declaration of Gina Haggerty Lindell

22  ("Lindell Decl.") at ¶ 2, Exhibit A.

23      3.    The Summons and Complaint in this action were served on Defendant

24  RAYMOND CHOW by personal service on July 5, 2018.  [Lindell Decl., at ¶¶ 2-3,

25  Ex. B.]

26      4.    RAYMOND CHOW has not yet filed a responsive pleading, nor has

27  the time for such responsive pleading come due for Defendant to file the same.

28  [Lindell Decl., at ¶ 4, Ex. C.]

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-2-

5.     This Notice of Removal is timely pursuant to 28 U.S.C. section 1446, subdivision (b) in that it has been filed within thirty (30) days after receipt of a copy of the initial pleading and within thirty (30) days after the service of summons on Defendant RAYMOND CHOW.

6.     This Notice of Removal is also timely under 28 U.S.C. section 1446(c) as it is being filed within one (1) year of the commencement of this action.

**BASIS FOR FEDERAL SUBJECT MATTER JURISDICTION**

**(Federal Question Jurisdiction)**

7.     This is a civil action and is removable under 28 U.S.C. section 1331, because this Court has original jurisdiction over this case under 18 U.S.C. section 1836(d).

8.     As its First Cause of Action in the Complaint, Plaintiff seeks relief pursuant to the Federal Defend Trade Secrets Act ("DTSA").  [*See* Ex. A ("Pl. Compl.") to Lindell Decl., at ¶¶ 17-28.]  Such claim is based upon and arises under a federal statute, 18 U.S.C. 1836.  Pursuant to that federal statute, the district court has original jurisdiction over the claim.  18 U.S.C. 1836(c).

9.     As set forth more fully below, the remainder of Plaintiff's Second through Sixth Causes of Action arise under the same facts and allegations, and are so inherently related that "they form part of the same case or controversy" to warrant supplemental jurisdiction of all such related claims.  28 U.S.C. § 1367(a).

**(Supplemental Jurisdiction over State Law Claims)**

10.     Additionally, Plaintiff's remaining state law causes of action "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy."  28 U.S.C. § 1367(a).

11.     In support of each cause of action in this case, Plaintiff alleges the identical nucleus of operative facts.  According to the Complaint, RAYMOND CHOW is a former president of Plaintiff's who conspired with other of Plaintiff's existing or former employees to harm and divert business/employees from Plaintiff

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-3-

1   to a competitor.  Plaintiff also alleges RAYMOND CHOW deleted his electronic

2   activity, deleted, removed, or destroyed Plaintiff's proprietary data, and engaged in

3   a "campaign" to circulate false information about Plaintiff to harm its reputation in

4   violation and breach of a Confidentiality, Non-Circumvention, and Non-

5   Solicitation Agreement that RAYMOND CHOW purportedly signed during his

6   employment.  [*See generally* Pl. Compl., at ¶¶ 6-16.]

7       12.    Plaintiff specifically alleges in relation to the DTSA claim that in his

8   capacity as president, RAYMOND CHOW had access to and maintained records,

9   including company contracts with airlines, employees, or others, customer data,

10  financial data, and employment records.  RAYMOND CHOW, during the latter

11  part of his employment, allegedly began conspiring with a competitor to collect

12  Plaintiff's proprietary information and divert customers and business to the

13  competitor.  [*See generally id.*]

14      13.    Plaintiff further alleges that, prior to his resignation and in furtherance

15  of such alleged trade secret misappropriation, RAYMOND CHOW allegedly sent

16  email communications to airline representatives, copying his personal email

17  address, and then "deleted" the email address from the Plaintiff's contacts

18  management application.  RAYMOND CHOW then also allegedly deleted all

19  business-related electronic files from his work computers, including contracts,

20  agreements and sales data prior to or at the time of his separation of employment

21  from Plaintiff.  [*See generally id.*]

22      14.    Following his resignation, Plaintiff makes further allegations

23  RAYMOND CHOW has made allegedly false statements to third parties regarding

24  Plaintiff and its employees relating to the company's financial situation, which is a

25  purported category of alleged confidential information at issue in the

26  misappropriation and DTSA claim.  [*See generally id.*]

27  / / /

28  / / /

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-4-

15.     Accordingly, Plaintiff's remaining causes of action "are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy."  28 U.S.C. § 1367(a).

16.     Therefore, this entire matter may be properly removed by RAYMOND CHOW to this Court pursuant to 28 U.S.C. sections 1331, 1367(a), 1441, and 1446 in that the matter arises under a federal statute (the DTSA), and this Court has supplemental jurisdiction over Plaintiff's remaining claims.

### REMOVAL TO THIS DISTRICT IS PROPER

17.     Pursuant to 28 U.S.C. sections 1331, 1441 and 1446, removal of this action from the Superior Court of California, County of Los Angeles, to the United States District Court for the Central District of California is appropriate.

18.     The removal of this action to this court is proper under 28 U.S.C. section 1441, subdivision (a) inasmuch as the Superior Court of the State of California for the County of Los Angeles, where this action was originally filed, is located within this federal judicial district.  Plaintiff alleges its principal place of business is in the County of Los Angeles, and therefore venue is proper in the Central District.  [*See* Pl. Compl., at ¶ 2.]

### CONCLUSION

19.     Based on the foregoing, RAYMOND CHOW requests this Court assume jurisdiction over this matter, and issue such orders and processes as may be necessary to bring before it all the parties necessary for the trial hereof.

20.     Counsel for RAYMOND CHOW certifies it will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of San Diego, as required by 28 U.S.C. section 1446, and give notice of same to Plaintiff and its counsel of record.

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

-5-

1       WHEREFORE, Defendant RAYMOND CHOW hereby removes this action

2   from the Superior Court of the State of California for the County of Los Angeles to

3   this Court and requests that the Court exercise jurisdiction over these proceedings

4   as appropriate.

5   Dated: August 3, 2018                  GORDON REES SCULLY

                                        MANSUKHANI, LLP

6

7                                 By:   */s/ George P. Soares*

8                                       Gina Haggerty Lindell

                                    George P. Soares

9                                       Kara A. Ritter

                                    Attorneys for Defendant,

10                                       RAYMOND CHOW

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

1143924/35204214v.1

-6-

NOTICE OF REMOVAL
Case No.: